

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-14-00139-CR, 6-14-00140-CR,
06-14-00141-CR & 06-14-00142-CR

DONNY JOE CURRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court Nos. CR1301508, CR1301625, CR1301627 & CR1301628

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Donny Joe Curry, appellant, was convicted of resisting arrest, failure to maintain financial responsibility, failure to secure and/or display proof of motor vehicle inspection, and failure to identify. He was fined $250.00 on each count and was sentenced to serve 275 days in jail. Curry timely filed notices of appeal on August 8, 2014. The appellate records in these matters were completed with the filing of the reporter's records on November 3, making Curry's appellate brief(s) originally due December 3, 2014. This deadline was extended once by this Court on Curry's motion, resulting in the current due date of December 29, 2014. Curry has now filed a second motion seeking an additional extension of the briefing deadline.

We have reviewed Curry's second motion to extend as well as the appellate records, and we find no compelling information to convince us that the briefing in these matters requires more time to prepare. The motion to extend time to file Curry's appellate brief(s) is overruled.

We order counsel to file Curry's appellate brief(s) with this Court on or before January 20, 2015.

IT IS SO ORDERED.

BY THE COURT

Date: January 6, 2015

2